PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**
MAR 1 5 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE **EASTERN** DISTRICT OF TEXAS
**SHERMAN** DIVISION

**JAMES ERLE BONE**
Plaintiff's Name and ID Number

**HAMILTON UNIT-TDCJ-ID**
Place of Confinement

4:21cv501 (2254 Case)

CASE NO. **4:21cv201-ALM-CAN**
(Clerk will assign the number)

**JURY DEMAND**

v.

**SHERIFF JIM SKINNER, 4300 Community McKinney, TX 75071**
Defendant's Name and Address

**Michael Mixon, MD,**
Defendant's Name and Address

**Jane Doe, Nurse Collin County Jail. Address unknown.**
Defendant's Name and Address
(DO NOT USE "ET AL.")
**Jointly and Seperately.**
**All defendants in individual and official Capacities.**
**Request resolution of Pendent State Jurisdictional Claims.**

INSTRUCTIONS - READ CAREFULLY
NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES  X NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: N A
      2. Parties to previous lawsuit:
         Plaintiff(s) N A
         Defendant(s) N A
      3. Court: (If federal, name the district; if state, name the county.) N A
      4. Cause number: N A
      5. Name of judge to whom case was assigned: N A
      6. Disposition: (Was the case dismissed, appealed, still pending?) N A
      7. Approximate date of disposition: N A

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Hamilton

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___ YES  X NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution. No longer at facility where incident occurred.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: James Erle Bone, Hamilton Unit 200 Lee Morrison Ln., Bryan, TX 77807

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Sheriff Jim Skinner 4300 Community, McKinney, TX 75071
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denial of medical care for serious medical need.

Defendant #2: Michael Mixon, MD 4300 Community, McKinney, TX 75071
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denial of medical care for serious medical need.

Defendant #3: Jane Doe, Nurse at Collin County Jail. Jane Doe address unknown
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denial of medical care for serious medical need.

Defendant #4: Wellpath, Contract Medical, 1283 Murfreesboro Rd., Nashville, TN 37217
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denial of medical care for serious medical need.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1) This is a civil rights action filed by James Bone for damages and other relief under 42 USC section 1983, alleging denial of medical care for serious medical need resulting in permanent physical and psychological damages in violation of The Eighth Amendment to the U.S. Constitution by persons acting under color of state law by the named defendants.

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. $100,000. compensatory each defendant; $20,000. punitive each defendant; declaratory judgment stating defendants violated The Eighth Amendment; nominal damages; other relief at law or in equity as is just.

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

James Erle Bone

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2266053

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): N A
  2. Case number: N A
  3. Approximate date sanctions were imposed: N A
  4. Have the sanctions been lifted or otherwise satisfied? N A ___ YES ___ NO

Rev. 05/15

2) This Court has subject matter and venue jurisdiction over the plaintiff's claims of federal Constitutional rights violations pursuant to 42 USC §§ 1331(1) and 1343.

3) This Court has supplemental jurisdiction over plaintiff's state law tort claims under 28 USC Section 1362.

4) Plaintiff at all times during the pendency of this cause of action was an inmate in the Collin County, Texas Jail.

5) On April 1, 2019, Plaintiff discovered an inflamed red bump on his right leg.

6) April 2, 2019, the inflammation was rampant with severe pain and swelling.

7) Collin County Jail has a kiosk system (computer screen and keyboard in the housing attached to jail's network) that links inmates with requests to medical services and other jail services.

8) April 2, 2019, Plaintiff used the kiosk to describe his disease to medical as follows: "I have some type of infection starting at my toe and moving rapidly up to my ankle. A doctor here thinks it is a spiderbite."

9) April 2, 2019, 18:26 Nurse Janet looks at foot and says, "You need to go to the infirmary. No treatment provided at that time.

Claims          4-A

10) April 3, 2019, 11:11 Kiosk response from medical: "Will be assessed at next available sick call..."

11) April 4, 2019, antibiotic orally was prescribed but no assessment by doctor at facility, Doctor Mixon. Nurse Jane Doe called doctor to get prescription over phone.

12) April 6, 2019, 11:06 Plaintiff wrote on kiosk to medical: "Hello, I have a new development on my foot... I now have a big black bobble the size of a quarter on top. It is very painful. Maybe it will burst? Swelling hasn't seemed to go down any after 2 days.

13) April 8, 2019, 16:01 Seen by Doctor Mixon at last. He looks at deep tissue wound and the necrosis. Orders are given to transport to emergency room at hospital.

14) At hospital for 8 days and nights. Had 2 surgeries. At first, amputation was discussed at treatment option.

4 - B

15) Plaintiff was incarcerated with a medical doctor, Howard Diamond, MD, that assessed the condition and provided an affidavit stating that the medical care was "Ignored and willfully neglected."

16) The deliberate indifference to the above described serious medical need has left plaintiff with permanent tissue loss/damage, pain and loss of motor skills and decreased locomotion capabilities. It has also led to mental anguish.

17) The deliberate indifference to the above described serious medical need has caused pain and suffering and mental anguish of an ongoing and permanent nature.

Claims    4-C

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES **X** NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): __N A__
   2. Case number: __N A__
   3. Approximate date warning was issued: __N A__

Executed on: __2-22-21__
               DATE

_James Bone_
_James E. Bone_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __22__ day of __FEBRUARY__, 20 __21__.
         (Day)              (month)              (year)

_James Bone_
_James E. Bone_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15