# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **JAMES ERLE BONE, #2266053** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:21cv501** |
| **SHERIFF JIM SKINNER, ET AL.** | § § | |

## ORDER

The Court finds that the above-numbered action was improvidently filed.  Therefore, it is **ORDERED** the case is closed.

**SIGNED this 8th day of July, 2021.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE