# United States Court of Appeals
## for the Fifth Circuit

---

No. 21-40559

---

James Erle Bone,

*Petitioner—Appellant,*

versus

Sheriff Jim Skinner; Doctor Michael Mixon; Jane Doe, Nurse Collin County Jail,

*Respondents—Appellees.*

United States Court of Appeals
Fifth Circuit
**FILED**
September 27, 2021
Lyle W. Cayce
Clerk

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:21-CV-501

---

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of September 27, 2021, for want of prosecution. The appellant failed to timely pay the fee.

**A True Copy**
**Certified order issued Sep 27, 2021**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 21-40559

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2